| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) McKee, Theodore A | 2. Court or Organization Third Circuit | 3. Date of Report 06/15/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 20614 U.S. Courthouse 601 Market St. Philadelphia, Pa. 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. GENERAL PARTNER | PUJKEE ASSOCIATES (see section viii) |
| 2. DIRECTOR | FOX CHASE CANCER CENTER |
| 3. ADVISORY BOARD | CITY YEAR OF GREATER PHILADELPHIA |
| 4. TRUSTEE | TEMPLE UNIVERSITY |
| 5. TRUSTEE | SYRACUSE UNIVERSITY |
| 6. BOARD OF VISITORS | TEMPLE LUNIVERSITY LAW SCHOOL |
| 7. BOARD OF VISITORS | SYRACUSE UNIVERSITY SCHOOL OF LAW |
| 8. BOARD OF DIRECTORS | VERA INSTITUTE OF JUSTICE |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 P 12: 12 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 06/15/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | ADMINISTRATIVE OFFICE OF PA. COURTS | $ 12,000 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| I. 2006 | UNIVERSITY OF PA. - PRESBYTERIAN MEDICAL CENTER |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | THIRD CIRCUIT | REIMBURSE FOR TRAVEL, LODGING TO ATTEND JUDIICAL CONFERENCE May 1 -2 |
| 2. | THIRD CIRCUIT | REIMBUSE FOR TRAVEL TO ATTEND INVESTITURE OF NEW JUDGE MAY 23 |
| 3. | THIRD CIRCUIT | REIMBURSE FOR TRAVEL, LODGING AND MEALS FOR SITTING IN ST. THOMAS VI |
| 4. | ABA | REIMBURSE FOR TRAVEL AND LODGING TO ATEND MEETING OF ABA COMMISSION I AM MEMBER OF MARCH 2-3 |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 06/15/2007 |

| | | |
|---|---|---|
| 5. | SYRACUSE UNIVERSITY | REIMBURSE FOR TRAVEL TO PRESIDE IN MOOT COURT FOR LAW SCHOOL MARCH 8-9 |
| 6. | ABA | REIMBURSE FOR TRAVEL AND LODGIGN TO ATTEND MEETING OF ABA COMMISSION I AM MEMBER OF MARCH 30-31 |
| 7. | SYRACUSE UNIVERSITY COLLEGE OF LAW | REIMBURSE FOR TRAVEL TO GIVE LECTURE AT LAW SCHOOL |
| 8. | HARDVARD UNIVERSITY COLLEGE OF LAW | REIMBURSE FOR TRAVEL TO GIVE PRESENTATION AT LAW SCHOOL APRIL 25 |
| 9. | ABA | REIMBURSE FOR TRAVEL AND LODING TO ATTEND MEETING OF ABA COMMISSION I AM MEMBER OF MAY 5 |
| 10. | AMERICAN CONSITUTION SOCIETY | REIMBURSE FOR TRAVEL AND LODGING FOR EXPENSES RELATED TO PRESIDING IN MOOT COURT COMPETTION JUNE 15-16 |
| 11. | VERA INSTITUTE OF JUSTICE | REIMBURSE FOR TRAVEL TO ATTEND BOARD MEETING JUNE 21-22 |
| 12. | VERA INSTITUTE OF JUSTICE | REIMBURSE FOR TRAVEL TO ATTEND BOARD MEETING JUNE 25-26 |
| 13. | ABA | REIMBURSE FOR TRAVEL AND LODGING TO ATTEND MEETING OF ABA COMMISSION I AM A MEMBER OF OCTOBER 11-13 |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 06/15/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. COMMERCIAL BANK | CREDIT CARD | J |
| 2. COMMERCIAL BANK | EQUITY LINE OF CREDIT | J |
| 3. COMMERCIAL BANK | LINE OF CREDIT | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 06/15/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH INC | A | Dividend | | | | | | | |
| 2. CHICOS STOCK (see section VIII for explanation | A | Dividend | J | T | SALE | 5/26/ | J | C | |
| 3. CHICOS | B | Dividend | J | T | FULL SALE | 8/25 | J | | |
| 4. DR HORTON COM STOCK | A | Dividend | J | T | | | | | |
| 5. COCA COLA (see section vii) | A | Dividend | J | T | | | | | |
| 6. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 7. IDEARC INC | A | Dividend | J | T | BUY | 11/17 | J | | |
| 8. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 9. INTEL | A | Dividend | | | | | | | |
| 10. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 11. LENNAR CORP | A | Dividend | J | T | | | | | |
| 12. MERCK | A | Dividend | J | T | | | | | |
| 13. REBOK | A | Dividend | J | T | | | | | |
| 14. PAX WORLD SOCIAL FUND | A | Dividend | J | T | BUY | 7/28 | J | | |
| 15. PAX WORLD SOCIAL FUND | | | | | BUY | 8/25 | J | | |
| 16. PAX WORLD SOCIAL FUND | | | | | BUY | 12/19 | J | | |
| 17. PHARMACEUTICAL PROD DEV | A | Dividend | J | T | BUY | 6/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 06/15/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PHARACEUTICAL PROD DEV | | Dividend | J | T | BUY | 9/29 | | | |
| 19. REBOK | A | Dividend | J | T | | | | | |
| 20. SLM CORP | A | Dividend | J | T | | | | | |
| 21. SSGA TUCKERMN REIT MUTUAL FUND | A | Dividend | J | T | | | | | |
| 22. STAPLES | A | Dividend | J | T | | | | | |
| 23. VERIZON | A | Dividend | J | T | | | | | |
| 24. WHOLE FOODS MARKET | A | | | | | | | | |
| 25. BEN AND JERRY'S | A | Dividend | J | T | | | | | |
| 26. DRESHNER RCM BIOTECK FUND | A | Dividend | J | T | | | | | |
| 27. CITIZENS CORE GROWTH FUND | A | Dividend | J | T | | | | | |
| 28. CITIZENS EMERGING GROWH FUND | A | Dividend | J | T | | | | | |
| 29. CITIZENS GLOBAL EQUITY FUND | A | Dividend | J | T | | | | | |
| 30. MFS EMERGING GROWTH FUND | A | Dividend | J | T | | | | | |
| 31. CISCO | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKee, Theodore A | 06/15/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As I have explained in prior reports, the "Pujkee Assoc" limited partnership referred to in Part I is an informal partnership consisting of ███████████ It is not a "for profit" enterprise.

Additional information can be provided if necessary, upon request.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Si                                              Date___6/15/07___

NOTE                                    )R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544